UNITED STATES of America,
Plaintiff—Appellee,

v.

Patrick Raymond PEER, Defendant—
Appellant.

No. 04–4005.

United States Court of Appeals,
Fourth Circuit.

Submitted June 23, 2004.

Decided July 7, 2004.

Richard H. Warder, Greenville, South
Carolina, for Appellant.

J. Strom Thurmond, Jr., United States
Attorney, Regan A. Pendleton, Assistant
United States Attorney, Greenville, South
Carolina, for Appellee.

Before WILKINSON, MOTZ, and
DUNCAN, Circuit Judges.

PER CURIAM.

Dismissed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

Patrick Raymond Peer pleaded guilty to
unlawful possession of a firearm as a con-
victed felon, in violation of 18 U.S.C.
§§ 922(g)(1), 924(a)(2) (2000). Peer was
sentenced to twenty-seven months incar-
ceration, two years of supervised release,
and a $100 special assessment. Peer time-
ly appealed.

On appeal, Peer asserts the district
court erred at sentencing in denying his
motion for downward departure under
*U.S. Sentencing Guidelines Manual*
§ 5K2.16 (2003). This Court lacks juris-
diction to review the district court's deci-
sion not to depart downward unless the
district court mistakenly believed that it
lacked authority to depart downward.
*United States v. Bayerle*, 898 F.2d 28, 31
(4th Cir.1990). The record indicates the
district court believed it possessed authori-
ty to grant a downward departure, but it
chose not to do so.

Accordingly, we dismiss Peer's appeal.
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before

the court and argument would not aid in the decisional process.

*DISMISSED*